August 19, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES KEENER SCRUGGS, Appellant

NO. 14-12-01168-CV                              V.

HEATHER MAUDE LINN, Appellee

_____

     This cause, an appeal from the judgment in favor of appellee, Heather Maude Linn, signed September 6, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in ordering appellant Charles Keener Scruggs to pay amicus attorney fees to the extent that the order conflicted with the parties' mediated settlement agreement. We therefore order that the portions of the judgment that order appellant to pay amicus attorney fees are **REVERSED** and ordered severed and **REMANDED** (1) for proceedings to determine what amount, if any, was owed to the amicus attorney before trial and by whom and what amount was billed for trial; and (2) to order each party to pay the amicus attorney the amount of fees each party owes pursuant to the mediated settlement agreement.

     Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

     We order appellant Charles Keener Scruggs to pay all costs incurred in this appeal.

     We further order this decision certified below for observance.